# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>PEDRO MANUEL VARGAS-MARTINEZ (1),<br><br>                    Defendant. | Criminal Case No. 91CR1087-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Pedro Manuel Vargas-Martinez is **dismissed without prejudice**. The defendant is hereby discharged and the arrest warrant is hereby recalled.

IT IS SO ORDERED.

DATED: October 21, 2013

                                                              MARILYN L. HUFF, District Judge
                                                              UNITED STATES DISTRICT COURT